C. S. Mackenzie, for appellant. H. H. Kellogg, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed. See, also, 122 App. Div. 18, 106 N. Y. Supp. 1061.

HOUGHTON, J., dissents.

CLOTHIER, Appellant, v. HUDSON RIVER TELEPHONE CO., Respondent. (Supreme Court, Appellate Division, Third Department. March 10, 1909.) Action by Henry Clothier, an infant, by Harry J. Raymond, his guardian ad litem, against the Hudson River Telephone Company.

PER CURIAM. Judgment affirmed, with costs.

JOHN M. KELLOGG, J., dissents.

COHN, Respondent, v. J. N. ADAM & CO., Appellants. (Supreme Court, Appellate Division, Fourth Department. January 13, 1909.) Action by Emanuel Cohn, as administrator, etc., against J. N. Adam & Co.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellants to abide event, unless the plaintiff, within 20 days, stipulate to reduce the verdict the sum of $2,500 as of the date of the rendition thereof, in which event the judgment is modified accordingly, and, as so modified, is, together with the order, affirmed, without costs of this appeal to either party.

COLLEDGE, Respondent, v. CARRIER, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 27, 1909.) Action by Charles A. Colledge against William A. Carrier, as administrator, etc. No opinion. Interlocutory judgment affirmed, with costs, with leave to defendant to plead over within 20 days upon payment of the costs of the demurrer and of this appeal.

In re COLLINS. (Supreme Court, Appellate Division, Second Department. March 19, 1909.) In the matter of the application of James P. Collins for license and admission to practice as an official examiner of title. No opinion. Application granted, and bond approved.

COLUMBUS DRY GOODS CO. v. GLOBE & RUTGERS INS. CO. (Supreme Court, Appellate Division, First Department. February 5, 1909.) Action by the Columbus Dry Goods Company against the Globe & Rutgers Insurance Company. No opinion. Application to place case on February calendar denied.

COMBS, Appellant, v. SNELL et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. March 3, 1909.) Action by Frank L. Combs against Sarah E. Snell and others. No opinion. Judgment and order affirmed, with costs.

CONE, Appellant, v. LAUER, Respondent. (Supreme Court, Appellate Division, Second Department. March 5, 1909.) Action by John J. Cone against Addie A. Lauer. No opinion.

Judgment affirmed, with costs, upon the opinion of Mr. Justice Jaycox at Special Term (115 N. Y. Supp. 644).

CONKLIN, Respondent, v. BEAKES DAIRY CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 5, 1909.) Action by Arthur E. Conklin against Beakes Dairy Company. No opinion. Judgment and order affirmed, with costs.

CORDONA, Respondent, v. AGUADO, Appellant. (Supreme Court, Appellate Division, First Department. March 19, 1909.) Action by Maggie. Cordona against Pierre Aguado. L. Skidmore, for appellant. T. J. O'Neill, for respondent. No opinion. Judgment and order reversed, and new trial ordered, costs to appellant to abide event, unless plaintiff stipulates to reduce judgment as entered to $5,000, including costs, etc., in which event, judgment, as so modified, and order, affirmed, without costs. Settle order on notice.

COSGROVE, Appellant, v. FORTY-SECOND ST., M., ETC., RY. CO., Respondent. (Supreme Court, Appellate Division, First Department. February 19, 1909.) Action by Catherine Cosgrove against the Forty-Second Street, Manhattanville, etc., Railway Company. G. D. Lamb, for appellant. B. H. Ames, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

COSGROVE v. FORTY-SECOND ST., M., ETC., RY. CO. (Supreme Court, Appellate Division, First Department. February 19, 1909.) Action by Patrick J. Cosgrove against the Forty-Second Street, Manhattanville, etc., Railway Company. No opinion. Judgment and order affirmed, with costs. Order filed.

COSTELLO, Respondent, v. INTERNATIONAL HARVESTER CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 17, 1909.) Action by Michael Costello against the International Harvester Company.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event, unless the plaintiff within 20 days stipulates to reduce the verdict to the sum of $1,500 as of the date of the rendition thereof, in which event the judgment is modified accordingly, and, as so modified, is, together with the order, affirmed, without costs of this appeal to either party.

McLENNAN, P. J., and KRUSE, J., dissent, and vote for absolute reversal.

CRAMER, Appellant, v. DUSENBURY, Respondent. (Supreme Court, Appellate Division, Fourth Department. January 13, 1909.) Action by John A. Cramer against Don M. Dusenbury. No opinion. Orders affirmed, with $10 costs and disbursements.

CRIMMINS, Appellant, v. CARLYLE REALTY CO. et al., Respondents. (Supreme Court, Appellate Division, First Department. Febru-